IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHERINE STRICKLAND**, | : CIVIL ACTION NO. 3:12-CV-1597 |
| Plaintiff, | : (Chief Judge Conner) |
| v. | : |
| **MICHAEL J. ASTRUE**, Commissioner of Social Security, | : |
| Defendant. | : |

# **ORDER**

AND NOW, this 12th day of March, 2014, upon consideration of the complaint (Doc. 1) of plaintiff Katherine Strickland ("Strickland") seeking review of a decision of the Commissioner of Social Security ("Commissioner") denying Strickland's claim for social security and disability benefits, the Commissioner's answer (Doc. 6) thereto, the transcript (Doc. 7) of administrative proceedings, and the parties' briefs (Docs. 11-12), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Clerk of Court shall enter judgment in favor of Katherine Strickland and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner denying Katherine Strickland's application for benefits is VACATED and the case REMANDED to the Commissioner for further proceedings and issuance of a new decision consistent with the accompanying memorandum.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania